UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RENE ABREU,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Action No. 08-4742 (JAG)

**ORDER TO ANSWER**

**GREENAWAY, JR., U.S.D.J.**

This matter having come before the Court on the application of petitioner Rene Abreu, pursuant to 28 U.S.C. § 2255; and good cause appearing,

IT IS on this 14th day of April, 2009,

ORDERED that respondent United States of America ("Respondent") shall file a full and complete answer to said Application within twenty one (21) days of the entry of this Order; and it is further

ORDERED that Respondent's answer shall respond to the factual and legal allegations of the Application by each paragraph and subparagraph; and it is further

ORDERED that Respondent shall raise by way of its answer any appropriate defenses which it wishes to have the Court consider, including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

ORDERED that the answer shall be accompanied by certified copies of all Notices to

Appeal, Orders, Opinions, detainers, transcripts or recordings of any immigration proceedings, including all administrative or judicial appeals or reviews thereof, and including all documentation that may be material to the questions raised in the Application; and it is further

ORDERED that Respondent shall electronically file the original answer and attachments with the Clerk's Office at Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, 4th Floor, Newark, NJ 07102; and it is finally

ORDERED that Respondent shall send one courtesy copy of the answer and attachments to the Chambers of Judge Joseph A. Greenaway, Jr. at United States Post Office and Courthouse, 2 Federal Square, P.O. Box 999, Newark, NJ 07102.

S/Joseph A. Greenaway, Jr.  
JOSEPH A. GREENAWAY, JR., U.S.D.J.